IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                                      Civ. No.  S-11-2742 KJM EFB

    vs.

                                                        ORDER

JAMES LAURENCE HEIDERMAN,
et al.,

        Defendants.
_____/

        The pretrial status conference in this matter, currently set for March 7, 2012, is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to effect service. FED. R. CIV. P. 4(m).

        IT IS SO ORDERED.

DATED: March 5, 2012.

                                                           UNITED STATES DISTRICT JUDGE

1