IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

  vs.

JAMES LAURENCE HEIDERMAN, et al.,

        Defendants.

Civ. No. S-11-2742 KJM EFB

ORDER

The pretrial status conference in this matter, currently set for March 7, 2012, is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to effect service. FED. R. CIV. P. 4(m).

IT IS SO ORDERED.

DATED: March 5, 2012.

_____
UNITED STATES DISTRICT JUDGE

1